No. 591. AMERICAN MUTUAL LIABILITY INSURANCE CO. v. McDONOUGH, TREASURER. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. The motion to consolidate with case No. 590 is also denied. *Mr. Roy D. Keehn* for petitioner. *Mr. Montgomery S. Winning* for respondent.

No. 539. BAKER v. UNITED STATES. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 584. BLAIR v. COMMISSIONER OF INTERNAL REVENUE. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioner. *Solicitor General Thacher; Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.

No. 596. FIREMAN'S FUND INSURANCE CO. v. ZECHIEL, RECEIVER. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arthur L. Gilliom* for petitioner. *Mr. C. Severin Buschmann* for respondent.

No. 581. SIEGAL v. UNITED STATES. February 6, 1933. Petition for writ of certiorari to the Court of Appeals of